1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Roxanna Tiznado-Navarrete

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE CATHY ANN BENCIVENGO)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 07mj2607-02 |
| ) | |
| 12     Plaintiff, ) | |
| ) | |
| 13 v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| 14 ROXANNA TIZNADO-NAVARRETE, ) | |
| ) | |
| 15     Defendant. ) | |
| 16 _____ ) | |

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19              U.S. Attorney CR
              Efile.dkt.gc2@usdoj.gov;
20
              Thomas G. Gilmore
21            tgglaw@sbcglobal.net; and

22            Donald A. Nunn
              nunnd2@sbcglobal.net
23

24                                      Respectfully submitted,

25

26 DATED:      November 13, 2007          /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
27                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Roxanna Tiznado-Navarrete
28